IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>*ex rel.* JESSE DAMSKY and §<br>OMAR ALNOBANI, §<br>  §<br>Plaintiffs, §<br>  §<br>v. §<br>  §<br>MAERSK LINE, LIMITED, §<br>DAMCO USA, INC., §<br>FARRELL LINES, §<br>DIPLOMAT FREIGHT SERVICES, INC., §<br>and TYR LOGISTICS, INC., §<br>  §<br>Defendants. § | CIVIL NO: 3:20-cv-00829 |

**RELATORS' UNOPPOSED MOTION TO TRANSFER VENUE**
**AND BRIEF IN SUPPORT**

Relators Jesse Damsky and Omar Alnobani ("Relators") file this Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) and respectfully request this Court to transfer the case to the United States District Court for the Eastern District of Texas, Beaumont Division (EDTX), for the convenience of the parties and in the interest of justice. The United States is unopposed to this motion. In support, Relators would respectfully show the following:

1. Relators filed this action under seal on August 27, 2020 pursuant to the False Claims Act, 31 U.S.C. § 3729 et seq.

2. On February 9, 2021, the United States notified the Court of its decision not to intervene in this action. Dkt. 11.

3. On February 10, 2021, the Court issued an order unsealing Relators' Complaint and requiring service upon the Defendants. Dkt. 12. The Defendants have not yet been served.

4. The United States is currently involved in ongoing global settlement discussions in a *qui tam* action in the EDTX involving similar facts and some of the same defendants named in this action.

5. On February 23, 2021, Relators informed the United States Attorney's Office in the Southern District of Illinois that they would like to ask the Court to transfer this case to the EDTX because of ongoing global settlement discussions in the EDTX involving similar facts and some of the same defendants named in this action.

6. Nathan Stump, United States Attorney's Office in the Southern District of Illinois, has advised Relators that the Department of Justice and the United States Attorney's Office in the Southern District of Illinois do not take a position on Relators' motion to transfer venue to the EDTX.

7. Under Federal law, a district court may transfer a civil case to any district court "where it might have been brought" for the "convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). This "statutory language guides the court's evaluation of the particular circumstances of each case and is broad enough to allow the court to take into account all factors relevant to convenience" and of "the interests of justice." *Research Automation, Inc. v. Schrader-Bridgeport Intern., Inc.*, 626 F.3d 973, 978 (7th Cir. 2010).

8. The particular circumstances of this case demonstrate that the Eastern District of Texas is a more convenient forum than the Southern District of Illinois.

9. Further, the efficient administration of the federal court system strongly favors the transfer of this case to the Eastern District of Texas.

10. Accordingly, Relators respectfully request that this case be transferred to the Eastern District of Texas, Beaumont Division.

                Respectfully submitted,

                **BERG & ANDROPHY**

                */s/ Janis G. Gorton*
                Joel M. Androphy
                TX State Bar No. 01254700
                Janis G. Gorton
                TX State Bar No. 24071063
                3704 Travis Street
                Houston, Texas 77002
                Telephone: (713) 529-5622
                Facsimile: (713) 529-3785
                E-mail: JAndrophy@bafirm.com
                E-mail: JGorton@bafirm.com

                **COUNSEL FOR RELATORS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2021, I caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system on all attorneys of record. I further certify that on March 12, 2021, I caused a true and correct copy of the foregoing document to be served on Nathan Stump, United States Attorney's Office in the Southern District of Illinois, via electronic mail (Nathan.stump@usdoj.gov).

*/s/ Janis G. Gorton*
Janis G. Gorton
